# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAS INVESTMENT PROPERTIES INC.,
A NEVADA CORPORATION; AND
JOEL MOLINA, AN INDIVIDUAL,
Appellants,
vs.
QUAID30, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Respondent.

No. 71828

**FILED**

JAN 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on December 7, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellants have not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A Brown*

cc: Hon. Nancy L. Allf, District Judge
Olympia Law, P.C.
Marquiz Law Office
Eighth District Court Clerk

17-02357